**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

NATASHA WILLIAMS,

        Plaintiff,

v.                                                     Case No:  6:14-cv-1559-Orl-40GJK

VIDHI INVESTMENTS, INC. and TINA
PATEL,

        Defendants.
_____/

## **ORDER**

This cause is before the Court on the Joint Motion for Approval of Settlement and Motion to Dismiss the Case with Prejudice (Doc. 18) filed on March 12, 2015. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that a Joint Notice of Non-Objection to Report and Recommendation (Doc. 20) was filed on April 2, 2015, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 1, 2015 (Doc. 19), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement and Motion to Dismiss the Case with Prejudice (Doc. 18) is **GRANTED**.

3. The case is **DISMISSED WITH PREJUDICE**.

4. The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** in Orlando, Florida on April 3, 2015.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties